IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLORADO SECURITY CONSULTANTS, LLC, a Colorado limited liability company; TIMOTHY A. SIMAN, AND individually; and JARED IUNGERICH, individually;<br><br>                Plaintiffs,<br><br>    vs.<br><br>SIGNAL 88 FRANCHISE GROUP, INC, AND a Nebraska Corporation; and SIGNAL 88, LLC, a Delaware limited liability company;<br><br>                Defendants. | 8:16CV439<br><br>**SCHEDULING ORDER** |

IT IS ORDERED:

1) The parties shall review the undersigned magistrate judge's practices posted at Civil Case Management Practices.

2) Counsel for the parties shall confer and, on or before December 1, 2016, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

3) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before November 22, 2016 a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

Dated this 1st day of November, 2016

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge