IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLORADO SECURITY CONSULTANTS, LLC, a Colorado limited liability company; TIMOTHY A. SIMAN, individually; and JARED IUNGERICH, individually;<br><br>      Plaintiffs,<br><br> vs.<br><br>SIGNAL 88 FRANCHISE GROUP, INC, a Nebraska Corporation; and SIGNAL 88, LLC, a Delaware limited liability company;<br><br>      Defendants. | 8:16CV439<br><br>ORDER |

  The parties' motion, (Filing No. 41), is granted and the final progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is June 30, 2017. Motions to compel Rule 33 through 36 discovery must be filed by July 14, 2017.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is July 31, 2017.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    Main experts:      August 15, 2017.
    Rebuttal experts:     August 29, 2017.

2

4) The deposition deadlines are:

    For fact witnesses:    August 15, 2017
    For expert witnesses:    September 29, 2017

5) The deadline for filing motions to dismiss and motions for summary judgment is October 16, 2017.[1]

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 16, 2017.

April 6, 2017.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.