IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLORADO SECURITY CONSULTANTS, LLC, a Colorado limited liability company, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SIGNAL 88 FRANCHISE GROUP, INC., a Nebraska Corporation, et al., <br><br> Defendants. | 8:16-CV-439 <br><br> ORDER |

Pursuant to the parties' joint Stipulation to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (filing 55), this case is dismissed with prejudice, each party to bear their own fees and costs.

Dated this 31st day of July, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge